SAMUEL J. GOLDSMITH and Others, Trustees in Bankruptcy of FISS,

DOERR & CARROLL, Appellants, v. ARTHUR J. BALDWIN and Others, as Surviving Trustees, etc., Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.